**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLAUDE G. LAJOIE,**

                **Plaintiff,**

**-vs-**                                          **Case No.  6:05-cv-252-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D) (Doc. No. 13)** |
| **FILED:** | **June 21, 2006** |

Before the date on which a response to the motion is due to be filed, counsel for the movant shall file a certificate stating the outcome of the conference under Middle District of Florida 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2006.

                                                            *Karla R. Spaulding*
                                                            KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties