# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLAUDE G. LAJOIE,**

       **Plaintiff,**

**-vs-**                                                 **Case No. 6:05-cv-252-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D) (Doc. No. 13)** |
| **FILED:** | **June 21, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Claude Lajoie, seeks an award of attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 23, 2006. Doc. No. 12. An award of fees and costs is, therefore, ripe for consideration.

Lajoie's attorney seeks $4,383.50 in attorney's fees for 27.8 hours of work. The hourly rate she seeks is $157.68 for work performed in 2005 and 2006 pursuant to a provision in the EAJA that

allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose this hourly rate or the number of hours worked. After reviewing the papers submitted by Lajoie, I find that the fees requested are appropriate in the absence of objection.

Lajoie also seeks reimbursement for $263.26 in costs. The Commissioner does not oppose these costs. I find that these costs were necessarily incurred in the absence of objection.

It is, therefore, **ORDERED** that Lajoie is awarded $4,383.50 in attorney's fees and $263.26 in costs.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties